UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

JESSICA GIAMBRONE,

                Plaintiff,

                                            1:23-CV-481
    v.                                         (MAD/DJS)

LARRY H. MILLER CHRYSLER JEEP DODGE RAM
BOUNTIFUL and BG LENDERS SERVICE, LLC,

                Defendants.
_____

### ORDER

The undersigned has determined that recusal is appropriate in this case pursuant to 28 U.S.C. § 455(a). Accordingly, this case must be assigned to a different Magistrate Judge.

**WHEREFORE**, it is hereby

**ORDERED**, that the undersigned disqualifies himself from assignment to this case in accordance with General Order 12(G)(7) and 28 U.S.C. § 455(a); and it is further

**ORDERED**, that in accordance with General Order 12(G)(7), the Clerk of the Court shall reassign this case at random; and it is further

**ORDERED**, that the Clerk of the Court shall serve this Order on all parties to this action in accordance with Local Rules.

**IT IS SO ORDERED**.

Dated:   June 20, 2023
           Albany, New York

_____
Daniel J. Stewart
U.S. Magistrate Judge